MORRIS LITTMANN, Respondent, *v.* FRANCES A. HARRIS, Appellant, Impleaded with Others.

*Littmann* v. *Harris*, 157 App. Div. 909, appeal dismissed.
(Argued November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside transfers of property alleged to have been in fraud of creditors.

*Wales F. Severance* for motion.

*Charles Goldzier* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CAROLINE WEISS, Respondent, *v.* CITY OF MOUNT VERNON et al., Appellants.

Reported below, 157 App. Div. 383.
(Submitted November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain a trespass upon lands.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the appeal was frivolous and the only questions involved academic and abstract.

*Arthur S. Barnes* for motion.

*Frank A. Bennett* opposed.

Motion denied, with ten dollars costs.